IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAK LOURTH, | No. C 19-8294 WHA (PR) |
| Petitioner, | **ORDER TO SHOW CAUSE; GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS** |
| v. | |
| ERIK S. BONNER, et al., | (Dkt. Nos. 2, 5) |
| Respondents. | |

## INTRODUCTION

Petitioner, a detainee of the Immigration and Customs Enforcement ("ICE") pursuant to a removal order, filed this pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. His native country, Cambodia, will not allow ICE to return him there. Therefore, ICE has continued his detention indefinitely, which he challenges in the instant petition. He also seeks to proceed in forma pauperis pursuant.

## DISCUSSION

**A.  STANDARD OF REVIEW**

A district court may entertain a petition for a writ of habeas corpus challenging the execution of a federal sentence only on the ground that the sentence is being executed "in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2241(c)(3); *United States v. Giddings*, 740 F.2d 770, 772 (9th Cir. 1984). The court should "award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto." 28 U.S.C. § 2243.

**B.     LEGAL CLAIM**

When liberally construed, the petition states a cognizable claim for habeas relief.

## CONCLUSION

For the foregoing reasons and for good cause shown,

1. Petitioner's request to proceed in forma pauperis is **GRANTED**.

2. The clerk shall serve by certified mail a copy of this order and the petition and all attachments thereto upon the respondent and the respondent's attorney, the United States Attorney for the Northern District of California. The clerk shall also send a copy of the petition to the Attorney General of the United States in Washington, D.C.

3. Respondent shall file with this court and serve upon the petitioner, within **thirty** days of the date this order is entered, an answer responding to the allegations of the petition and showing cause why a writ of habeas corpus should not be issued. The respondent shall file with the answer a copy of all documents that are relevant to a determination of the issues presented by the petition.

4. If petitioner wishes to respond to the answer, he shall do so by filing a traverse with the court and serving it upon the respondent within thirty days of service of the answer.

**IT IS SO ORDERED.**

Dated: March  2   , 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE