IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOURTH PAK, | No. C 19-8294 WHA (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| ERIK S. BONNER; MARK MORGAN; KEVIN K. MACALEENAN; WILLIAM BARR; NATHAN ALLEN, | |
| Respondent. | |

Petitioner, a detainee of the Immigration and Customs Enforcement ("ICE") pursuant to a removal order, filed this pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The petition challenged his detention pending removal. Respondent was ordered to answer the petition, and his response shows that petitioner was removed on January 12, 2020, shortly after filing this petition. Petitioner has not responded, and mail sent to him at the detention facility was returned as undeliverable. As petitioner has been removed, and is no longer detained, the petition is moot because it does not challenge the removal order, but rather the detention, which has ended. The petition is **DISMISSED**. The clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: May 1, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE